IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH J. LYNCH, JOSEPH B. LYNCH | : CIVIL ACTION :  : |
| v. | : NO. 25-3442 : |
| HAVERFORD TOWNSHIP, CHIEF JOHN VIOLA, LIEUTENANT LAWRENCE TODD, SERGEANT ROBERT MCCREIGHT, CODE DIRECTOR JOSEPH CELIA, TOWNSHIP MANAGER DAVID BURMAN, DELAWARE COUNTY DISTRICT ATTORNEY'S OFFICE, DELAWARE COUNTY MOBILE CRISIS FOR LAW ENFORCEMENT (MCLE), JOHN DOES 1-2 | : : : : : : : : : : |

## ORDER

**AND NOW**, this 20th day of October 2025, upon reviewing Defendants' Motion to dismiss (ECF 10), Plaintiffs having elected to not timely contest the Motion, consistent with Local Rule 7.1, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' uncontested Motion (ECF 10) is **GRANTED** requiring we:

1. **DISMISS** with prejudice Plaintiffs': official capacity claims against Chief John Viola, Lieutenant Lawrence Todd, Sergeant Robert McCreight, Code Director Joseph Celia, and Township Manager David Burman; all unreasonable search and seizure claims under the Fourth Amendment; all Fourteenth Amendment due process claims; and First Amendment claims based on alleged retaliatory acts before July 2, 2023; and,

2. **DISMISS** without prejudice Plaintiffs': remaining First Amendment claim for alleged retaliation on or after July 2, 2023 against identified state actors in their individual

capacities; conspiracy and municipal liability claims based on the remaining First Amendment claim; and timely state law claims;

3. **STRIKE** Plaintiffs' "proof of service" (ECF 7) purporting to serve "John Does 1-2" without identifying the John Does or describing the service upon an illegible person as authorized by law by accept service upon unidentified John Does without prejudice to timely effect service of the summons upon named persons along with an amended Complaint under this Order; and,

4. **GRANT** Plaintiffs leave to file an amended Complaint consistent with Federal Rules of Civil Procedure 8 and 11 on the claims not today dismissed with prejudice (i.e. claims permitted under paragraph 2 above) by no later than **November 21, 2025** or we will direct the Clerk of Court to close this case.

_____
KEARNEY, J.